IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-709 |
| WILLIAM KLETT SIPPEL | : | |

## ORDER

**AND NOW**, this  6th  day of  March , 2024, upon consideration of the Government's unopposed Motion for Dismissal of Counts 5, 9, 11, and 13 of the Indictment Without Prejudice, it is **ORDERED** that the Motion is **GRANTED**, and Counts 5, 9, 11, and 13 of the Indictment (ECF No. 1) are **DISMISSED** *without prejudice*.

**IT IS SO ORDERED.**

BY THE COURT:


 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**