IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-709 |
| | : | |
| v | : | |
| | : | |
| WILLIAM KLETT SIPPEL | : | |

**ORDER**

**AND NOW**, this 6th day of August 2024, upon consideration of the Government's Motion to Dismiss Indictment (ECF No. 115), it is **ORDERED** that the Indictment No. 19-709 is **DISMISSED** *with prejudice*.

**IT IS FURTHER ORDERED** that the Government's Opposition to Motion to Dismiss Indictment and Cross-Motion for a Declaration that Defendant is Physically Competent to Stand Trial (ECF No. 72), is **DISMISSED as moot**.

**IT IS SO ORDERED.**

BY THE COURT:

s/ *R. Barclay Surrick*
_____
**R. BARCLAY SURRICK, J.**